IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>DANIEL RIVERA,<br>[DOB: 12/11/1982]<br><br>                  Defendant. | Case No. 4:24-00021-01-CR-W-RK<br>*(Felon in Possession of a Firearm)*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT: 15 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: Three Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Per Count of Felony Convictions |

## INFORMATION

THE UNITED STATES ATTORNY JURY CHARGES THAT:

On or about October 21, 2022, in the Western District of Missouri, DANIEL RIVERA, the defendant herein, knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit, AR15 pistol serial number: DCA006744 and a Glock 26 pistol serial number BPMW938, both of which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

                                                    Respectfully submitted,

                                                    Teresa A. Moore
                                                    United States Attorney

                                  By: *[signature]*

                                                    Gregg R. Coonrod
                                                    Assistant United States Attorney
                                                    Violent Crime & Drug Trafficking Unit
                                                    Western District of Missouri

Dated: 1/2/2024